**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Burnie Lee RANDALL, Defendant— Appellant.**

No. 09–7341.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 22, 2009.

Burnie Lee Randall, Appellant Pro Se. Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Burnie Lee Randall appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Randall,* No. 4:06–cr–00583–TLW–6 (D.S.C. June 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*